EXHIBIT A

**From:** Kathie Hanratty
**To:** Robert O. Carr
**Date:** Monday, November 09, 2015 7:15:08 AM

Good morning
Hope you slept well last night
Sending you xoxoxo
Have a good meeting with Global !
I miss you and love you

Sent from my iPhone

EXHIBIT B

| | |
|---|---|
| **From:** | Carr, Robert O. |
| **To:** | Kathie Hanratty |
| **Subject:** | RE: RE: Re: |
| **Date:** | Monday, November 09, 2015 7:05:24 PM |

☺ xoxo  Off to BoD dinner once I get to the house.

---

**From:** Kathie Hanratty [mailto:khanratty@jacicarroll.com]
**Sent:** Monday, November 09, 2015 7:05 PM
**To:** Carr, Robert O.
**Subject:** Re: RE: Re:

Glad you are going home to your own bed but I wish I was with you. Going to bed after I heat up some of that soup I made yesterday.  I love you more than soup xoxox
Ps. Wow quite an offer.

Sent from my iPhone

On Nov 9, 2015, at 6:47 PM, Carr, Robert O. <bob.carr@e-hps.com> wrote:

> Just landed back in Philadelphia.  Sweet girls, those lanes.   Meeting was good.  Price is $97.50 and closing would be late December.
>
> ---
>
> **From:** Kathie Hanratty [mailto:khanratty@jacicarroll.com]
> **Sent:** Monday, November 09, 2015 4:32 PM
> **To:** Carr, Robert O.
> **Subject:** FW: Re:
>
> FYI email from Kristen.
> If the Lane gals are around Thanksgiving weekend, I will take them to lunch.  If not then maybe over the holidays.  They are such nice girls.
> How was your meeting at Global?
>
>
> Redacted

Redacted

EXHIBIT C

| | |
|---|---|
| **From:** | Carr, Robert O. |
| **To:** | Kathie Hanratty |
| **Subject:** | RE: |
| **Date:** | Monday, November 16, 2015 12:52:38 PM |

:)  It is a really great day today!  xoxo

-----Original Message-----
From: Kathie Hanratty [mailto:khanratty@jacicarroll.com]
Sent: Monday, November 16, 2015 12:35 PM
To: Carr, Robert O.
Subject:

Made deposit.
Going to get bacon for Ben for dinner preparations and then some walking in this glorious day Ps. Made arrangements with my bank to deposit the check and buy stock through their on line partner as soon as it clears in about 2 days.
Sent from my iPhone

# EXHIBIT D

| | |
|---|---|
| **From:** | Carr, Robert O. |
| **To:** | Kathie Hanratty |
| **Subject:** | RE: |
| **Date:** | Tuesday, November 17, 2015 5:07:25 PM |

It's all good!

-----Original Message-----
From: Kathie Hanratty [mailto:khanratty@jacicarroll.com]
Sent: Tuesday, November 17, 2015 5:01 PM
To: Carr, Robert O.
Subject: RE:

Safe journey to Plano
I went to the bank today and privately made the deposit (big gulp OMG) with the branch manager in her office.   Arrangements are made to purchase the HPY stock  as soon as the out of state check clears.  I am following your advice to the letter and keeping the amount you suggested in a saving account for now.  I have never felt so free from stress and worry  (that stuff you don't believe in LOL) in my entire  life.   Saying thank you is not enough but I am not sure what else to say.
Can't wait for Saturday.  Dinner with Corrie and gang and then a football game with everyone and dinner with those who are staying overnight in Chicago.  It is going to be a GREAT WEEKEND  followed by Thanksgiving with your family....H and the chef, your sister Kathy Saturday and  seeing Emmalee and her big smile  after all this time.  And of course Kelly, Frank and Frances.  So much fun to look forward to!!!

Off to Pilates at the Heartland customers spa and then home to unpack and have some soup.


-----Original Message-----
From: Carr, Robert O. [mailto:bob.carr@e-hps.com]
Sent: Tuesday, November 17, 2015 4:51 PM
To: Kathie Hanratty
Subject: RE:

Love them!

-----Original Message-----
From: Kathie Hanratty [mailto:khanratty@jacicarroll.com]
Sent: Tuesday, November 17, 2015 4:39 PM
To: Carr, Robert O.
Subject:

Wow. Carnations and daisies and snap dragons and heather and Spode mums and a gorgeous golden gerber daisy in the center. Wow. Gorgeous ! Thank you so much. Love them. Love you xoxoxoxoxoxoxo

EXHIBIT

E

**From:** Kathie Hanratty
**To:** Carr, Robert O.
**Subject:** Re: RE:
**Date:** Wednesday, November 18, 2015 9:46:14 AM

Thanks.

Sent from my iPhone

> On Nov 18, 2015, at 9:26 AM, Carr, Robert O. <bob.carr@e-hps.com> wrote:
>
> <sup>Redacted</sup> and then <sup>Redac</sup> and then <sup>Redacted</sup>.  I send it this way because my spam filter won't let me send you the # in the regular format :)  xoxo
>
> -----Original Message-----
> From: Kathie Hanratty [mailto:khanratty@jacicarroll.com]
> Sent: Wednesday, November 18, 2015 9:08 AM
> To: Carr, Robert O.
> Subject:
>
> I am at the bank opening my account and I am making you the beneficiary of this account for now because I don't have anyone else. I plan on making a new will but for now I am afraid if something happened to me and the money went to my mom it would be gone and there would be nothing for my nieces and nephews especially Anthony.
>
> So I need your social security number for the account   Thank you
> Xoxoxo
>
> Sent from my iPhone

EXHIBIT F

| | |
|---|---|
| **From:** | Carr, Robert O. |
| **To:** | Kathie Hanratty |
| **Subject:** | RE: RE: |
| **Date:** | Wednesday, November 18, 2015 7:50:34 PM |

oxox

-----Original Message-----
From: Kathie Hanratty [mailto:khanratty@jacicarroll.com]
Sent: Wednesday, November 18, 2015 7:47 PM
To: Carr, Robert O.
Subject: Re: RE:

The investment person from Webster called me as the broker bought 8500 shares and will get the remainder tomorrow. She said your stock had a lot of action today. Redacted

Redacted                   . I have heard of them but never been to one.

Miss your face

Sent from my iPhone

> On Nov 18, 2015, at 7:35 PM, Carr, Robert O. <bob.carr@e-hps.com> wrote:
>
> Just boarded the plane to Toronto.  Busy day and hope we can get   Redacted   - very nice people!  Our stock closed at $79.27 today - thanks for buying :)!  roc
>
> -----Original Message-----
> From: Kathie Hanratty [mailto:khanratty@jacicarroll.com]
> Sent: Wednesday, November 18, 2015 7:24 PM
> To: Carr, Robert O.
> Subject:
>
> Hope all went well in Plano and you have a safe trip to Toronto.
>
> I had a busy day and now am soaking my tired feet and spoiling myself with a pedicure. Yeah
>
> I stopped at my moms as I had an hour to kill between work and here and haven't seen her in a couple of weeks. She seems so small and so old sometimes when I see her in a bathrobe watching tv.

   Redacted

>
> After this I am heading home and early to bed since I am  working out early am
>
> Sending you lots of love
> xoxoxoxoxo
> PS I am a shareholder
>
> Sent from my iPhone

# EXHIBIT G

| | |
|---|---|
| **From:** | Carr, Robert O. |
| **To:** | Kathie Hanratty |
| **Subject:** | RE: Monday morning thoughts as we begin to enjoy the Thanksgiving Season! |
| **Date:** | Monday, November 23, 2015 5:57:15 PM |

I am glad you are not stressed so much any more :).  xoxo

-----Original Message-----
From: Kathie Hanratty [mailto:khanratty@jacicarroll.com]
Sent: Monday, November 23, 2015 8:39 AM
To: Carr, Robert O.
Subject: Monday morning thoughts as we begin to enjoy the Thanksgiving Season!

After a super fun month of secretly planning with Holly and Corrie, this weekend's birthday celebration for you could not have gone any better (except Ryan's flight being cancelled :((( and missing the dinner ) !  It was so much fun to be a part of the festivities.

Now as we begin Thanksgiving week and take time to remember who and what we are thankful for,  I am struck with the thought that I could help plan millions of birthday celebrations for you and it would still not be enough to thank you for all you have brought to me including your unbelievable act of kindness last weekend that continues to stun me. I am not sure if I have processed it yet

Bob every day and night with you is a precious gift whether we are doing something fun or nothing at all.   You make me smile snd laugh out loud and so happy. I  am also overwhelmed with your generosity. There are no words out there that convey the depth of my gratitude for your surprise gift last weekend. After a lifetime of ups and downs and hard work,  for the first time ever I feel a sense of relief  knowing that I have some security.  I will treat your gift with respect and not squander a penny but rather I have done exactly what you recommended I do with it and made you the beneficiary of the account.   Knowing that nest egg it is there has taken the weight of the world off my shoulders especially now as I have brought better numbers together this year to bring to the M&A market.    I told Sam and Harry last week I want to get the new valuation and make decisions on what to do for a sale. I have some ideas that I will ask your advice for as soon as I know our value in today's market.

A simple thank you for that gift and then many other gifts of time and love you have brought to me will never be enough.  Just know that in return I give my love and heart and deep respect.

I am glad it was a great birthday for a great guy . I just know Thanksgiving will be even greater with Emmalee returning and Holly and John arriving and even Kathleen visiting not to mention watching Kelly's new found happiness.  There is so much to be thankful for this Thanksgiving week and every week.  I love you. Safe journey home. I can't wait to see you tomorrow afternoon Ps. Ben just texted the grocery list John sent has been purchases.
xoxoxo


Sent from my iPhone