Kerrie R. Heslin, Esq.
Kirsten McCaw Grossman, Esq.
Ryan S. Carlson, Esq.
NUKK-FREEMAN & CERRA, P.C.
26 Main Street, Suite 301
Chatham, New Jersey 07928
Tel.: (973) 665-9100
Fax: (973) 665-9101
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEARTLAND PAYMENT SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT O. CARR and KATHIE HANRATTY, <br><br> Defendants. | Civil Action No.: 3-18-cv-09764 <br><br> Jury Trial Demanded |

**STIPULATION FOR EXTENSION OF TIME FOR KATHIE HANRATTY
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel for Plaintiff and Defendant Kathie Hanratty ("Hanratty"), subject to the approval of the Court, that the time within which Hanratty shall answer, move against, or otherwise respond to the Complaint is hereby extended up through and including July 5, 2018, which is thirty (30) days after Hanratty received service of the Summons and Complaint on June 5, 2018.

This 12th day of June, 2018.

/s/Kirsten McCaw Grossman
Kerrie R. Heslin
Kirsten McCaw Grossman
Ryan S. Carlson
NUKK-FREEMAN & CERRA, P.C.
26 Main Street, Suite 301
Chatham, New Jersey 07928
Tel: (973) 665-9100
Fax: (973) 665-9101
kheslin@nfclegal.com
kgrossman@nfclegal.com
rcarlson@nfclegal.com

(*pro hac forthcoming*)
Steven J. Rosenwasser
Patrick Fagan
Frederick Bold
BONDURANT MIXSON & ELMORE LLP
1201 West Peachtree Street, N.W.
Suite 3900
Atlanta, Georgia 30309
Tel: (404) 881-4100
Fax: (404) 881-4111
rosenwasser@bmelaw.com
Fagan@bmelaw.com
bold@bmelaw.com

*Attorneys for Plaintiff*

/s/ *Regina S.E. Murphy*
Regina S.E. Murphy
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801-1050
Phone: (302) 300-3447
Fax: (302) 300-3456
Email: gigi.murphy@btlaw.com

*Attorneys for Defendant Kathie Hanratty*

**IT IS SO ORDERED** this ___ day of June, 2018

_____
United States District Court Judge

2