**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEARTLAND PAYMENT SYSTEMS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT O. CARR and KATHIE HANRATTY,<br><br>   Defendants. | Civil Action No.<br>3:18-cv-9764-BRM-DEA |

## ▬▬▬▬ ORDER

Presently before this Court is a joint letter application to stay. Having reviewed that application, the Court hereby GRANTS the parties' joint application and ORDERS as follows:

Except as set forth below, this case is hereby stayed until the earlier of (1) May 10, 2019 or (2) the United States Department of Justice ("DOJ") informing Carr or Hanratty whether it has decided to charge one or both of them for alleged insider trading.

By no later than April 19, 2019, the parties shall meet and confer as to whether the stay should be extended. During such conferral, to the extent permissible by law, Carr and Hanratty shall inform Plaintiff of whether the DOJ has communicated any decision on whether Carr or Hanratty will be charged. If the parties cannot reach an agreement regarding extending the stay, the Court will convene an in-person status conference at 10 am/pm on May 30, 2019 to resolve whether the stay should be extended. In advance of that conference, Carr and/or Hanratty may file a brief in support of extending the stay by no later than April 26, 2019 and

HPS may file a response to that brief no later than May 8, 2019.[1] In the event that either Carr or Hanratty seek to extend the stay, during the pendency of any further stay application, the stay shall remain in place and neither Carr nor Hanratty shall be obligated to respond to HPS's Complaint until 14 days after the Court enters an Order lifting the stay.

The stay shall not apply to any motion by HPS seeking sanctions or attorneys' fees against Hanratty for any conduct relating to HPS's belief that Hanratty unnecessarily required it to file a second complaint against Hanratty in Connecticut.

SO ORDERED

_/s/ Brian R. Martinotti_
Judge Brian R. Martinotti, U.S.D.J.

March 26, 2019

---

[1] Any reply brief by Carr or Hanratty shall not cause any delay in the status conference. Further, if the deadline for filing any reply is before the date of the status conference, the reply shall be filed (and emailed to HPS) no later than twenty-four hours before the scheduled conference.